

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00311-CV

**IN RE** Francisco **MANON** and Unwrapping Flavors, LLC.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Patricia O. Alvarez, Justice

On May 8, 2018, relators filed a petition for writ of mandamus and a motion for emergency temporary relief pending mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). On May 10, 2018, the real party in interest filed a response. The respondent may file a response to the petition for writ of mandamus in this court **no later than May 21, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a stay is GRANTED IN PART. The trial court's May 21, 2018 trial setting is STAYED pending final resolution of the petition for writ of mandamus. Relators' request that all proceedings in the trial court be stayed is DENIED.

It is so **ORDERED** on May 10, 2018.

**PER CURIAM**

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court



---

[1] This proceeding arises out of Cause No. 2016-CI-21715, styled *Mario R. Cantu v. San Antonio Federal Credit Union, Franco Manon, and Unwrapping Flavors, LLC*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Michael E. Mery signed the order at issue in this proceeding.